IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLAIR DOUGLASS, | | |
| Plaintiff, | | 21cv0436<br>LEAD CASE |
| v. | | |
| ARTIFACT UPRISING LLC, | | |
| Defendant. | | |
| BLAIR DOUGLASS, | | |
| Plaintiff, | | 21cv0438<br>MEMBER CASE |
| v. | | |
| RESIDEO TECHNOLOGIES, INC., | | |
| Defendant. | | |
| BLAIR DOUGLASS, | | |
| Plaintiff, | | 21cv0440<br>MEMBER CASE |
| v. | | |
| BMW OF NORTH AMERICA, LLC, | | |
| Defendant. | | |
| BLAIR DOUGLASS, | | |
| Plaintiff, | | 21cv0446<br>MEMBER CASE |
| v. | | |
| GLOWFORGE INC., | | |
| Defendant. | | |

BLAIR DOUGLASS,

        Plaintiff,                      21cv0447
                                            MEMBER CASE

            v.

MOUNTAIN KHAKIS, LLC,

        Defendant.

_____


BLAIR DOUGLASS,

        Plaintiff,                      21cv0448
                                            MEMBER CASE

            v.

URBAN FARMER LLC,

        Defendant.


BLAIR DOUGLASS,

        Plaintiff,                      21cv0451
                                            MEMBER CASE

            v.

HHGREGG, INC.,

        Defendant.


BLAIR DOUGLASS,

        Plaintiff,                      21cv0452
                                            MEMBER CASE

            v.

SOTHEBY'S, INC.,

|  |  |
|---|---|
| Defendant. |  |

BLAIR DOUGLASS,

      Plaintiff,           21cv0454
                                        MEMBER CASE

      v.

STELLA & CHEWYS LLC,

      Defendant.

BLAIR DOUGLASS,

      Plaintiff,           21cv0455
                                        MEMBER CASE

      v.

JC USA, INC.,

      Defendant.

BLAIR DOUGLASS,

      Plaintiff,           21cv0466
                                        MEMBER CASE

      v.

XEROX CORPORATION,

      Defendant.

BLAIR DOUGLASS,

      Plaintiff,           21cv0467
                                        MEMBER CASE

      v.

POWER HOME SOLAR LLC,

      Defendant.

BLAIR DOUGLASS,

        Plaintiff,                      21cv0469
                                        MEMBER CASE

        v.

18TH AND WALNUT LLC,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                      21cv0479
                                        MEMBER CASE

        v.

CUDDLE CLONE HOLDINGS LLC,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                      21cv0480
                                        MEMBER CASE

        v.

FRENCH CONNECTION GROUP, INC.,

        Defendant.

BLAIR DOUGLASS,

        Plaintiff,                      21cv0481
                                        MEMBER CASE

        v.

THEHAIRBOWCOMPANY.COM LLC,

        Defendant.

BLAIR DOUGLASS,

        Plaintiff,                              21cv0485
                                                    MEMBER CASE
        v.

TRAEGER PELLET GRILLS LLC,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                              21cv0487
                                                    MEMBER CASE
        v.

BLISSY LLC,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                              21cv0497
                                                    MEMBER CASE
        v.

KAMMOK GEAR, LLC,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                              21cv0498
                                                    MEMBER CASE
        v.

GRIP6 LLC,

        Defendant.

## **CONSOLIDATION ORDER OF COURT**

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos. 21-438, 21-440, 21-446, 21-447, 21-448, 21-451, 21-452, 21-454, 21-455, 21-466, 21-467, 21-469, 21-479, 21-480, 21-481, 21-485, 21-487, 21-497, and 21-498 are hereby consolidated with **Civil Action No. 2:21-cv-436**, the lead case as captioned above.

2. All pleading, motions, and other papers hereafter filed shall be filed at **Civil Action No. 2:21-cv-436**.

3. The Clerk of Court shall **close** Civil Action Nos. 21-438, 21-440, 21-446, 21-447, 21-448, 21-451, 21-452, 21-454, 21-455, 21-466, 21-467, 21-469, 21-479, 21-480, 21-481, 21-485, 21-487, 21-497, and 21-498.

**SO ORDERED** this 16th day of April, 2021.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge